Order issued November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01508-CV

## IN RE LESLIE EARL VOLLMER, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F07-73954-H**

# ORDER

Before Justices Bridges, Lang, and Fillmore

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

DAVID L. BRIDGES
JUSTICE